UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAD JOSEPH BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:17-cv-0266 DB<br><br><br>ORDER |

On February 7, 2017, plaintiff filed a complaint and a motion to proceed in forma pauperis. (ECF Nos. 1 & 2.) On March 15, 2017, plaintiff filed a request for status. (ECF No. 4.) Plaintiff is advised that the court has received plaintiff's filings and will address them in due course.[1] No further requests for status need be submitted.

////

////

////

---

[1] Plaintiff is advised that the judges of this court carry significant caseloads which impact the speed with which filings may be addressed. See Levy v. California State Library, No. 2:13-cv-0693 LKK AC PS, 2013 WL 4482947, at *6 (E.D. Cal. Aug. 19, 2013) ("The Eastern District of California is well-recognized as carrying one of the most heavily weighted caseloads in the country.").

1

1     IT IS SO ORDERED.

2 Dated: March 17, 2017

                                              DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\baker0266.stat.ord