LEGAL SERVICES OF NORTHERN CALIFORNIA
ANTONIO VALDEZ, SBN # 288656
KAREN KONTZ, SBN # 300918
190 Reamer Street
Auburn, CA 95603
Telephone: (530) 823-7560
Facsimile: (530) 823-7601

Attorneys for Petitioner,
Tad Joseph Baker

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

**TAD JOSEPH BAKER**,

    Plaintiff,

vs.

**NANCY A. BERRYHILL**,
Acting Commissioner of the
Social Security Administration,

    Defendant.

No. 2:17-cv-00266-DB

**STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED dollars ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel, if any. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset

1
*Baker v. Berryhill*, 2:17-CV-00266-DB
STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTY'S FEES

allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date: December 19, 2018  LEGAL SERVICES OF NORTHERN CALIFORNIA
/s/ Antonio Valdez
By: Antonio Valdez, Attorney for Plaintiff

Date: December 19, 2018  /s/ *Donna W. Anderson*  .
DONNA W. ANDERSON
Special Assistant U.S. Attorney
Attorneys For Defendant
(* By e-mail authorization on 12/19/2018)

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

Dated: December 26, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\baker0266.stip.eaja.ord

---

[1] In light of the parties' stipulation, plaintiff's November 27, 2018 motion for attorney's fees (ECF No. 27) is denied as having been rendered moot.